IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NATIVIDAD SILVA, JR., | ) | |
| BOP No. 23368-077 | ) | |
| | ) | |
| V. | ) | 3-07-CV-1081-K |
| | ) | |
| FEDERAL CORRECTIONAL | ) | |
| INSTITUTION, et al., | ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge William F. Sanderson, Jr., made findings, conclusions and a recommendation in this case. Plaintiff filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are **OVERRULED**, and the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge and DENIES Plaintiff's Motion for Leave to proceed *in forma pauperis* pursuant to the three-strike provision of 28 USC § 1915(g).

SO ORDERED

Signed this 23rd day of July, 2007.

*/s/ Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE